O

FILED
CLERK, U.S. DISTRICT COURT
AUG 28 2015
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,            )   Case No.: SA15-445M-2
                                     )
                         Plaintiff,  )   ORDER OF DETENTION
                                     )
vs.                                  )
                                     )
ZACKERY ALAN BRAZEAL,                )
                         Defendant.  )
_____)

I.

A.   ( )   On motion of the Government in a case allegedly involving:
     1.   ( )   a crime of violence.
     2.   ( )   an offense with maximum sentence of life imprisonment or death.
     3.   ( )   a narcotics or controlled substance offense with maximum sentence of ten or more years.
     4.   ( )   any felony - where defendant convicted of two or more prior offenses described above.
     5.   ( )   any felony that is not otherwise a crime of violence that involves a minor victim, or possession or use of a firearm or destructive device or any other dangerous weapon, or a failure to register under 18 U.S.C. § 2250.

1    B.    (X)    On motion by the Government/( ) on Court's own motion, in a case
2                allegedly involving:
3       (X)    On the further allegation by the Government of:
4           1.    (X)    a serious risk that the defendant will flee.
5           2.    ( )    a serious risk that the defendant will:
6               a.    ( )    obstruct or attempt to obstruct justice.
7               b.    ( )    threaten, injure or intimidate a prospective witness or
8                       juror, or attempt to do so.
9    C.    The Government ( ) is/(X) is not entitled to a rebuttable presumption that no
10        condition or combination of conditions will reasonably assure the defendant's
11        appearance as required and the safety or any person or the community.
12

13                               **II.**
14    A.    (X)    The Court finds that no condition or combination of conditions will
15                reasonably assure:
16       1.    (X)    the appearance of the defendant as required.
17             (X)    and/or
18       2.    (X)    the safety of any person or the community.
19    B.    ( )    The Court finds that the defendant has not rebutted by sufficient evidence to
20                the contrary the presumption provided by statute.
21

22                               **III.**
23           The Court has considered:
24    A.    (✘)    the nature and circumstances of the offense(s) charged, including whether
25                the offense is a crime of violence, a Federal crime of terrorism, or involves
26                a minor victim or a controlled substance, firearm, explosive, or destructive
27                device;
28    B.    (✘)    the weight of evidence against the defendant;

1  C.   (✘)   the history and characteristics of the defendant; and
2  D.   (✘)   the nature and seriousness of the danger to any person or the community.

### IV.

The Court also has considered all the evidence adduced at the hearing and the arguments and/or statements of counsel, and the Pretrial Services Report/recommendation.

### V.

The Court bases the foregoing finding(s) on the following:
A.   (X)   As to flight risk:
<u>unknown background info and bail resources; prior parole violations</u>

B.   (X)   As to danger:
<u>prior criminal history including crimes involving controlled substances and weapons; prior parole violations</u>

### VI.

A.   ( )   The Court finds that a serious risk exists the defendant will:
    1.   ( )   obstruct or attempt to obstruct justice.
    2.   ( )   attempt to/ ( ) threaten, injure or intimidate a witness or juror.
B.   The Court bases the foregoing finding(s) on the following:
_____
_____
_____

//
//
//

## VII.

IT IS THEREFORE ORDERED that the defendant be detained prior to trial.

DATED: August 28, 2015

*Karen E. Scott*

KAREN E. SCOTT
UNITED STATES MAGISTRATE JUDGE